# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

Western DIVISION

| | |
|---|---|
| Melaine Wilson | ) |
| 547 BIA 28 | ) |
| Wounded Knee, SD 57794 | ) |
| AND ALL ENROLLED OST MEMBERS | ) |
| (Enter the full name of the Plaintiff[s] in this action) | ) Case No. 5:22-cv-5097 |
| | ) (To be assigned by |
| vs. | ) Clerk of District Court) |
| | ) |
| Department of Interior | ) |
| 1849 C Street NW - Mail Stop 4428 | ) |
| Washington D.C. 20240 | ) |
| AND | ) |
| Echaga Corporation of the Oglala Sioux Tribe | ) |
| (Enter the full name of **ALL** Defendant[s] in this | ) |
| action. Fed. R. Civ. P. 10(a) requires that the | ) |
| caption of the complaint include the names of all | ) |
| the parties. Merely listing one party and "et al." is | ) |
| insufficient. Please attach additional sheets if | ) |
| necessary.) | ) |

## COMPLAINT

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

Six Sigma Process for Intellectual Property of the Oglala Sioux Tribe Members for Building Businesses for the Oglala Sioux Tribe Veterans and the Oglala Sioux Tribe Enrolled Members

-Information on OST Land, OST Monies, OST Businesses are not shared with OST Enrolled Members

-Blocking of Oglala Sioux Tribe Veterans from Building Businesses

1

II.    Plaintiff, Melaine Wilson _____ resides at

547 BIA 28 _____
　　　　(street address)
Wounded Knee _____, Oglala _____,
(city)　　　　　　　　　　(county)
South Dakota ____, 57794 , 605-867-6990 _____
(state)　　　　　　(zip)　　(telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)
As a Former (Warranted by Congress) Contingency Contracting
Officer- it is my Lifelong Duty to Protect Federal Monies, Lands,
and Assets from Fraud, Waste and Abuse.
_____
_____
_____
_____
_____

III.    Defendant, Department of Interior _____ resides at, or its business is located at

1849 C Street NW - Mail Stop 4428 _____
(street address)
Washington _____, _____,
(city)　　　　　　　　　　(county)
D.C. _____, 20240 , 202-208-5745 _____
(state)　　　　　　(zip)　(telephone number)
(If more than one defendant, provide the same information for each defendant below)
Bureau of Indian Affairs-Washington D.C.
1849 C Street NW, MS-3662
Washington D.C. 20240

Bureau of Indian Affairs-Pine Ridge Agency
Bureau of Indian Affairs-Pine Ridge Agency Comptroller
Oglala Sioux Tribe Council
Oglala Sioux Tribe Economic Development Committee
Oglala Sioux Tribe Land Committee
Oglala Sioux Tribe Finance Accountability Office
Echaga Corporation
P.O. Box 2070
Pine Ridge, SD 57770

DSD 12-12

IV.    Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

The Federal 638 Monies and ALL FINANCIAL INFORMATION is Intellectual Property of the Oglala Sioux Tribe Members to include both ON Reservation and OFF Reservation at Approximately 45,000 Members, for the Oglala Sioux Tribe (The Members) located in P.O. Box 2070 Pine Ridge, the County of Oglala, State of South Dakota more specifically known and legally described as: Pine Ridge Indian Reservation, within its Exterior Boundaries and ALL Enrolled Oglala Sioux Tribe Members, both on and off the Pine Ridge Indian Reservation.

V.    Relief (State briefly and exactly what you want the Court to do for you.)

-Share Intellectual Property of Financial Documents in all aspects of the Oglala Sioux Tribe to Oglala Sioux Tribe Members through the Bureau of Trust Funds Adminstration and upon Request. These documents are vital in Building Businesses in a Sick Economy of the Poorest County in the United States.
-Help the Oglala Sioux Tribe Veterans get the Cactus Flats Lands
-Help Melaine Wilson get her 20 Acres on Tract 2159 at First Choice as agreed to in OST Ordinance 20-66
-Help the Oglala Sioux Tribe Veterans get 20 Acres on Tract 2159 at Second Choice as agreed to in OST Ordinance 20-66

DSD 12-12

VI.   **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [    ]                    NO [X ]

B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

_____

_____

_____

_____

_____

_____

_____

VII.   Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X ]                    NO [    ]

VIII.   Are you requesting a Jury Trial?

YES [    ]                    NO [X ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ~~20~~ day of ~~December, 2022~~
21 Dec 2022

Melaine R. Wilson
and/for ALL Enrolled
OST Members

Signature of Plaintiff[s]

4

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Melaine R. Wilson
547 BIA 28
Wounded Knee, SD 57794

### DEFENDANTS
Department of Interior
1849 C Street NW - Mail Stop 4428
Washington, D.C. 20240

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government
Plaintiff

❏ 3   Federal Question
*(U.S. Government Not a Party)*

☒ 2   U.S. Government
Defendant

❏ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal | ❏ 376 Qui Tam (31 USC |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ❏ 140 Negotiable Instrument | Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted | Liability | ❏ 368 Asbestos Personal | | ❏ 835 Patent - Abbreviated | ❏ 460 Deportation |
| Student Loans | ❏ 340 Marine | Injury Product | | New Drug Application | ❏ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❏ 345 Marine Product | Liability | | ❏ 840 Trademark | Corrupt Organizations |
| ❏ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ |
| ❏ 190 Other Contract | Product Liability | ❏ 380 Other Personal | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | Exchange |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Property Damage | Relations | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | Injury | ❏ 385 Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| | ❏ 362 Personal Injury - | Product Liability | ❏ 751 Family and Medical | | ❏ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ❏ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ❏ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement | ❏ 870 Taxes (U.S. Plaintiff | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | Income Security Act | or Defendant) | ❏ 899 Administrative Procedure |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | Act/Review or Appeal of |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| | Other | ❏ 550 Civil Rights | Actions | | |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
Proceeding

❏ 2   Removed from
State Court

❏ 3   Remanded from
Appellate Court

❏ 4   Reinstated or
Reopened

❏ 5   Transferred from
Another District
*(specify)*

❏ 6   Multidistrict
Litigation -
Transfer

❏ 8   Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Federal Acquistion Regulation Part 3-Bad Business Practices
Brief description of cause:
Fraud, Waste and Abuse

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:    ❏ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                                    DOCKET NUMBER

DATE
21 Dec 2022

SIGNATURE OF ATTORNEY OF RECORD
*Melanie R Wilson*    Pro Se

**FOR OFFICE USE ONLY**

RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____