# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-3206
_____

Melaine R. Wilson

Plaintiff - Appellant

All Enrolled OST Members

Plaintiff

v.

Department of Interior; Echaga Corporation of the Oglala Sioux Tribe; Bureau of Indian Affairs, Washington, D.C.; Bureau of Indian Affairs, Pine Ridge Agency; Bureau of Indian Affairs, Pine Ridge Agency Comptroller; Oglala Sioux Tribe, Council; Oglala Sioux Tribe Economic Development Committee; Oglala Sioux Tribe, Land Committee; Oglala Sioux Tribe Finance Accountability Office

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Western
(5:22-cv-05097-LLP)
_____

**JUDGMENT**

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

May 24, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Stephanie N. O'Banion