UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

MELAINE R. WILSON,
        Plaintiff                                    5:22-cv-5097

        vs.                                          JUDGMENT

OGLALA SIOUX TRIBAL
COUNCIL,
        Defendant

In accordance with the Order Denying the Motion to Amend and Dismissing Complaint entered with the Clerk,

IT IS ORDERED, ADJUDGED and DECREED that the complaint is dismissed without prejudice.

Dated this 15\ day of November, 2024.

BY THE COURT:

Lawrence L. Piersol
United States District Judge